**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| HWI GLOBAL, INC., Debtor, | § § | Case No. 12-23044-CMB |
| | § | Chapter 7 |
| ROSEMARY CRAWFORD, Trustee, | § | Document No. |

NO RESPONDENTS.

---

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 12, 2012. The undersigned trustee was appointed on June 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 199,472.99

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 67,490.41 |
| Bank service fees | 9,606.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 122,376.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 11/13/2012 and the deadline for filing governmental claims was 12/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,223.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,223.65, for a total compensation of $13,223.65.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $128.55, for total expenses of $128.55.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2017 By: /s/Rosemary Crawford
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CLEARVIEW FCU - OPERATING ACCOUNT | 349.20 | 0.00 | | 0.00 | FA |
| 2 | CLEARVIEW FCU - PAYROLL ACCOUNT | 78.83 | 0.00 | | 0.00 | FA |
| 3 | PNC BANK - CHECKING ACCOUNT | 12.48 | 0.00 | | 0.00 | FA |
| 4 | CITIZENS BANK - OPERATING ACCOUNT | 588.26 | 0.00 | | 0.00 | FA |
| 5 | CITIZENS BANK - CHECKING ACCOUNT | 522.94 | 0.00 | | 0.00 | FA |
| 6 | CITIZENS BANK - CHECKING ACCOUNT | 76.26 | 0.00 | | 0.00 | FA |
| 7 | CITIZENS BANK - CHECKING ACCOUNT | 35.05 | 0.00 | | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE | 640,115.32 | 1,500.00 | | 12,428.31 | FA |
| 9 | SETTLEMENT AGREEMENT - (SWITZERLAND SECURITIES) | 150,000.00 | 0.00 | | 0.00 | FA |
| 10 | US PATENT NO. 61/443351 - C3 SYSTEM | 25,000.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE FURNITURE | 10,785.25 | 4,410.65 | | 4,410.65 | FA |
| 12 | COMPUTER EQUIPMENT<br>Computers are in stored with computer company to secure data for litigation purposes | 1,750.00 | 0.00 | | 0.00 | FA |
| 13 | OFFICE PHONE SYSTEM | 1,544.90 | 631.79 | | 631.79 | FA |
| 14 | INVENTORY | 30,462.11 | 12,457.56 | | 12,457.56 | FA |
| 15 | IPFS REFUND (u) | 440.34 | 440.34 | | 440.34 | FA |
| 16 | TURNED OVER INSURANCE PROCEEDS (u) | 13,710.33 | 13,710.33 | | 13,710.33 | FA |
| 17 | PREFERENCE PAYMENT (AMERICAN EXPRESS) (SOFA) | 78,659.28 | 62,000.00 | | 62,000.00 | FA |
| 18 | CLEANETICS UNJUST ENRICHMENT SETTLEMENT (u) | 65,000.00 | 65,000.00 | | 65,000.00 | FA |
| 19 | PREFERENCE PAYMENT (POLYONE) (u) | 3,700.00 | 3,700.00 | | 3,700.00 | FA |
| 20 | 542 TURNOVER (LIGHTHOUSE SOLUTIONS) (SOFA) | 17,025.01 | 17,025.01 | | 17,025.01 | FA |
| 21 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 22 | ACCOUNTS RECEIVABLE (CLEVELAND CLINIC) | 6,919.00 | 6,919.00 | | 6,919.00 | FA |
| 23 | VOID | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | DODGE TRUCK (u)<br>NOT PART OF THE ESTATE, THE VEHICLE IS OWNED BY HADDAD SINCE 2005 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | GMC VAN (u)<br>SOLD AS PART OF THE INVENTORY NO. 14 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VEHICLES (u)<br>SOLD AS PART OF INVENTORY, NO. 14 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | TRAILERS (u)<br>SOLD AS PART OF INVENTORY ITEM NO. 14 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | ACCOUNTS RECEIVABLES ACMH (u) | 0.00 | 750.00 | | 750.00 | FA |
| **28** | **Assets** **Totals** (Excluding unknown values) | **$1,046,774.56** | **$188,544.68** | | **$199,472.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/29/17
724-565-2123 finances for hwi global, inc., re adm. Assessment for hwi 303-823-4982; with Guardian Financial- not sure who the person is

1/10/17 motion to determine tax liability

10/12/16 check for special counsel fees

5/19/16 file tax returns, serve afd as well

5/11/16 telephone conference with amurell re taxes and issues with ein and 4/30 period

2/4/16
412-779-3892 ross cafaro re 14-02-125cmb hwi global

11/13/15 Ross Cafaro called 412-779-3892

10/2/15
646-432-4770 mcdonald, broker dealer in ny re hwi, chapter 7 liquidation, 717-644-4644 had questions re progress - line busy when rcc attempted calls

9/4/15
724-836-1768 anita on hwi on proposed distribution, priority claims, individuals are wage claims

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/31/15 emal corr. with amurrel re wage tax documentation

8/28/15 telephone conference with murrell re taxes and expenses

8/26/15 review email corr. from amurel re taxes

7/29/15 email corr. with oberdick re attorney's fees

7/24/15 call accountant to followup re issue, previously sent email; call to anita murrell re the 2 companies to determine how to best file the returns from informaton regardin Eric Mungai, Esquire, former general counsel who may have insights.

7/22/15
724-836-1724 ERIC BONONI LOOKING AT HADAD WYLIE INDUSTRY LLC THE SHAREHOLDERS, ETC. DERIC HADAD AND WYLIE AND CHRISTOPHER JACOBS AND THEN HWI INC DEBTOR 12-23044 EIN HIS QUESTION IS WHERE DID WE GET HWI GLOBAL INC. - HIS GUT SAYS THAT GOING WITH FILING RETURNS UNDER HADAD- QUESTIONING OWNERSHIP NOW BECAUSE HAVE 3 INDIVIDUALS OWNING 90 PER CENT OF THE STOCK

7/17/15 accountant order granted, subit tax preparation documents to accountant and email special counsel re information

6/17/15 Ross Cafaro

6/1/15
412-779-3892 ross caskro calling re the hwi global bankruptcy spoke to owen a couple weeks ago, etc., additional information, a former employee, etc. 412-779-3892

5/6/15

4/6/15 hwi is done, but would like to file fee app.

2/18/15 telephone call with Oberdick re status of case

12/14 continued litigation

10/1/14
Rosemary,
For our respective records,
We spoke to Mr. Lazar and his partner, BARRY SYNTER, this afternoon.
Barry did most of the talking. He said he was looking for a "Restricted Block" and "Preferred Shares." In other words, they weren't proposing to buy a "shell," but rather to buy shares of stock (restricted or preferred).

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Rather than my telling him we had (or did not have) such "assets," I suggested he look at the public filings (SEC) and if he saw the "assets" he was looking for to make a proposal.

He said he would do that.

I asked him to let us know if he decides that the company doesn't have the assets he is looking for. He said he would.

At this point we are waiting for him to come back to us.

Thanks.

Owen W. Katz
P.O. Box 7826
Pittsburgh, PA 15215
Tel: 412-696-0700
Fax: 412-325-1532
Email: okatz@katzlawoffice.com

10/1/14 review offer for shell co. from lazar and corr. to katz re executed cleanetics deal; HWI conference call 10/1/14
David Lazar and Barry Zitner and Owen Katz re offer re HWI corporate shell for $25,000. Lazar has done this type of transaction in chapter 7 before. Preferred shares or warrants to be available to acquire anything other than the restricted block. There may be authorized but unissued shares. Lazar wants preferred stock. Wants to reverse down what's there to clean up the vehicle. Wants corporate shell, included preferred or restricted stock. Corporate shell and what goes with the shell. Lazar found out about this on the otc market that it filed for chapter 7. Is there a controlling interest block to be delivered and preferred shares to be listed. Lazar will look at the public filings on the case before we continue. There was a majority shareholder who got shares in the pre-filing actions where did a reverse merger and did a split so there is that block there, but whether treasury shares, authorized but unissued stock, not sure.

9/23/14 special counsel email correspondence

9/18/14 telephone conference with special counsel re deal -- assigning a receivable from a ny job - the ny contractor has prepare a joint check arrangement and a release from us to them

9/17/14 corr to secured creditor re intellectual property and will discontinue preservation of those righrs; list on EASI

9/4/14 telephone call to owen re settlement k with cleanetics, the outcome is good, parrticularly in light of the fact that cleanetics is having financial problems, the estate does not have to forgo the expense of trial and forensic experts, and it is within reason of the demand.

8/27/14 call to maureen irs 412-404-9730; revenue ofice is working with hadad re issues; someone moved 941 from hadad to hwi, but w2s and w3s were filed under hadad and amounts don't agree and in 2012 filed under hadad never moved to hwi, but filed under neither entitity; no objection to amended irs claim which includes information about hadad because of the merged companies; corr. to AFD re the IRS has issues with the 2011 and 2012 documentation. Essentially, 2011 941 was filed by HWI and the w2s and w3s were filed under Hadad and the numbers are inconsistent, particularly for the fourth quarter. In 2012 no w2s were filed. Please contact Maureen at 412 -404-9730 to disucss these issues, which may reduced debtor's liability.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB | **Trustee:** (580750) Rosemary Crawford
**Case Name:** HWI GLOBAL, INC. | **Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Period Ending:** 11/29/17 | **Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

8/18/14 email and concur re settlement with polyone;402-501-8348 maureen from irs re hwi global 12-23044 re claim issues

8/12/14
402-501-8348 hwi global Maureen from irs case reassigned b/c the revenue officer has info on the merger and ed laubach and 2010 and person before discussed to added liability in 2010 now they decided that should add the liability, etc. from 2012 because issues, w-2s and w-3s, 412- 404-9730

7/2/14 authorize $500.00 to encrypt data from computers

6/8/14 CONFERENCE CALL WITH SPECIAL COUNSEL RE $20,000.00 AND COUNTEROFFERING $85,000 WOULD LIKE TO SETTLE FOR 60,000

5/14/1/4 rcc telephone conference with katz and rcc agree to file against cleanetics and rcc will have to testify re website similar to hwi and noone approached her re contracts that could have been sold.

3/31/14 execute and transmit barton settlement release

3/7/14
Outside caller at 2:20pm carol richter on hwi global carol righter from irs; rcc made clear that won't include hadad wiley corp liability in poc, but will be filng it soon.

3/6/14
Outside caller - carol righter irs re hwi global inc. 1223044cmb to discuss relationship b/t hwi and hadad wiley industries, llc, dba, read rcc's filings and want to clarify the understanding of the 412-395-5309

12/13 pay storage invoices and ongoing collections by special counsel

9/5/13
ernie salaus hwi - email 248-310-7007;file review

9/3/13
248-310-7007 ronnie slaus buying assets of health world industries - can't find email with address

8/9/13
john okeefe 512-918-1133 returned call re sale

7/31/13
412-398-2322, john ciarita, hwi bankruptcy, not receiving information

7/26/13 thinks ordinary course defense bad, but earmark defense is good to get off $16,000. New normal defense is novel and there is authority against it and is an

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

argument they can make and maybe another $20,000 can come off. Makes sense to offer a settlement of $5,000 discount to start. Go down to $61,000 b/c they have earmark funds argument.

7/25/13 Fiorita, John 412-398-2322 queried if getting notices and rcc confirmed he is on the matrix

7/15/13 working with owen katz

7/24/13 adversary complaint filed

7/15/13 sale motion filed

6/28/13
call with owen katz re preferences and other issues
amex, chris jacobs, co. that was supposed to be involved in the funding-investment banker, which again has no real address, owen thinks hadad owes them $100,000 and can garnish hadad, gives us something to purseue.
---
ESI matters re cleanitics, the server has been imaged and data unreadable on image copy, but can see if connected usb server or if data is deleted, got backup copy from universal who is holding the stuff, want to authorize to do analysis of whether anyone connected to server-june-august estimate appx. $700.00; must do 2 things to make a case against ESI, show they downloaded all computer files related to contacts they took over and that they told parties to contracts that hwi is closing and that they were taking over the contracts, if prove w/n first 60 days of bankruptcy, and hadad never disclosed the ks on the schedules; then may have a cause of actions, not easy like a fraudulent transfer of a particular asset because don't have a dollar amount.
----
14 desk tops and 2 laptops, didn't have those imaged, because will get expensive to images all those. if we don't image them it may backfire, have to turn them on to get an estimate of value and owen has to look at what's in there to make sure not additional files that are not on the server, which may create a problem down the road. owen got into server and hadad wouldn't give owen password, emails stop 3/30/2012 and date they shut down southside office at the end of may, and owen doesn't know why. if owen can track it back to hadad then have a spoiliation argument against them, some emails may be backed up. May cost $10,000 to image all desktops and may not be worth it. see if brian can back up data from the desk tops and can testify to the process of backing it up. will get some data, check with bit by bit to determine level of corruption if we look at the data. would be able to determine if someone else asked up.

6/26/13
received deposit re sale

6/18/13
email sample sale docs to katz

6/5/13
appointments of liquidator/broker confirmed by court, working on selling assets

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/23/13
484-345-2121, jerry Brenner with re rpa hwi global and wants update on bankruptcy

3/21/13 kamran meshkani corr replying to email

3/19/13
email corr. with special counsel re $10,000 sale of equipment, etc. and if need to email o'keefe

3/1/13
meet liquidator, hadad, special counsel katz, and will at west elizabeth site for valuation

2/19/13
email corr. with katz re inspection

2/14/13
email corr. from Shane M. Popp J.D., LL.M. re buying hwi assets, discuss with spec. counsel in light of our prior strategy discussions
General Counsel, Chief Legal Officer
SMP Logic Systems LLC
3460 Barry Avenue
Los Angeles, CA 90066
(p) 310.930.6051
(f) 310.861.1780

2/12/13
412-708-2165, gordon heckman re hwi, employee re w2, 412-708-2165

2/6/13
conference call with oberdick re attorney's fees, will wait a month to see if additonal fees come in

1/31/13
412-779-3892, 12-23044, ross cafaros , re w-2 for time at hwi global

1/23/13 patent info to maurice bailey for review re purchase

1/3/13 conference call with neilson and review proposal, email communication with owen katz re reviewed settlement proposal

12/19/12 post patents and trademarks on nabt website

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.

**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/17/12
telephone conference with nielson re settlement where he requests copy of "ageing", which RCC will redact names and acct nos.; Copy of the ageing - or AR summary, characterize as biz or hospital or individual -redact names and acct nos.; email to owen katz re same;email redacted aging to neilson-Neilsen 763-519-2710 ;412-644-4060, Debbie judge bohm hwi global 12-23044, motion to employ special counsel 1/15/12 don't serve it reschedule it to 1/3/12 and court sending the 12 creditors

12/14/12
763-519-2710, bob nielson

12/13/12 call to o'keefe re trademarks and oberdick, o'keefe agrees to protecting the patents and trademarks

12/10/12 call to bob nielson, not interested in patents and trademarks, and no real value to him, only interested in ar and collecting ar

12/10/12 HWI computer issues;issue that debtor abandoned the trademark/patent according to other person-patent doesn't provide a complete prototype, needs to be software, etc.;re the provisional application the inventors assigned to hadad wiley so if hadad had an interest in the patent then clearview's security interest would attach and would continue in it, not sure of the legal effect of the assignment, right now after talking to figurata he made provide more valuable information more valuable than the patent would be;new company formed and took key employees from hwi global, five or six of the ks, all the designs, etc, and took some of the finished goods inventory and continued to work

12/10/12 Bob Nielson 800-279-2567x127 re assets and patents/trademarks

12/4/12 the insurance check is to hwi so we can argue it belongs to the estate and compromise 25 percent of hwi to bank and 25 percent of hadad to estate; both trademarks have been applied for in the name of hwi i global

12/3/12 telephone conference with special counsel re trademarks, and in light of settlement if rcc should administer this asset with low value or the bank should administer

11/19/12 email corr. and telephone conference with special counsel re issues, liability, and settlement

10/23/12
412-456-2881, dave oberdick re hwi matter and trademarks, got message and will give a no. on the fee side, don't suspect would be more than a couple of hundred bucks-email info dgo@muslaw.com

10/18/12
412-456-2881, dave oberdick re hwi trademark matters, re information -4 marks pending relating to smart room-grid, c3 and 4 different marks, marks have been approved, must show specimens of use by September so marks are abandoned at this point -can restate marks for $100.00 and petition to revive and extend time to file use --$800.00 altogether and filing electronically-appropriate use of the marks-deadline to respond 12/14/12

Exhibit A



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/17/12 file employ special counsel and provide info re witnesses and notes.

10/15/12
800-279-2567x127 call to bob nielson re assets, call to oberdick re trademark, telephone conference 412-696-0700, owen katz, following up on hwi 412-281-1015, katz@katzlawoffice.com-ar; bob nielson may be interested in purchasing ar after collection letter

10/12/12 CALL TO OWEN KATZ RE INTEREST IN CASE

10/10/12
412-299-3820 JOHN VETTICA

763-519-2710, BOB NIELSON, HWI

9/24/12
412-518-1100, john okeefe re hwi global and hadad wiley, 918-1133

9/7/12
telephone conference with john fiarino, senior director of construction, re HWI Global and Hadad Wiley Industries are different companies b/c the transfer paperwork was not done properly solely based on what in-house counsel said. Derrick took a pay increase, paid wife who was not int he office, made $55,000.00 2010 and 2011 he made $300,000, and wasn't paying contractors and the office was told to dodge the calls. Going public, talk with the influx of money from people investing and people in office buying stock. Used company charge card to buy groceries, going to lunch. Wife and he had company vehicles even though she wasn't in the office. When wife was in the office was working on PTA , vacation, not the office stuff. Family vacations paid through the company card. In terms of creditors calling for money tell them we would get a check next week and when checks came in the creditors weren't paid. The accountant has documentation re the money Habib and Associates, Peter Habib is owner. Derrick copied the computer and the new owner was involved with the ABC and had new information all along. This is confidential.-supboena and will have to tell the truth. Will provide me a list of names of employees. Hadad was owned by Derrick and his wife, and new company owned by stockholders. Accountants have money All 5 jobs from old company were picked up by the new company using propriety information from the old company including proposals.

9/6/12 call from Eric Mungai re affidavit-john has information on Healthworld Industries and used HWI information and server; 412-398-2322 John fiarino 763-519-2710, spoke a week ago, bob nielson re hwi globabl bankruptcy re receivablaes purchase etc. 800-279-2567x127;724-265-5252, john fiarino, re hwi global, llc, if get message available this evening and he'd like to discuss if rcc has the time and wants it confidential

8/24/12
724-265-5252, john fiarino, re hwi global, llc, if get message available this evening and he'd like to discuss if rcc has the time and wants it confidential

Exhibit A

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.

**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/23/12
763-519-2710, bob nielson re hwi global, interested in receivables. 800-279-2567x127

8/23/12
Eric Mungai former in-house counsel for HWI Global, 412-600-9353, can help shed light on the structure of the co. - 2 entities and Hadley Wiley, sought to sell assets before bank., during due dilligence he discovered that Halwell Wiley didn't properly finish the transaction. The bank, Clearview only had a perfected security interest Haley, not HWI Global, etc. He undertook a merger of the entities and additionally at the time HWI I Global hadn't registered in PA. Dissolved that entity and did assignment of name. The activities occured in April, May 2012. Bank sent documentation to perfect seccurity interest, which wasn't signed. During the course of efforts to sell assets use Gregory Yourkenson from Glass Ratner in Wyorek to help market assets to different funds to obtain value for the creditors. Had a sale price for $750,000, limited to database and ks already had signed for 2012. One party - Romie had originally talked about an equity investment in 2011, spoke to the CEO at lenth re an equity investment of a million dollars to the co. They signed a non-disclosure non-compete k. After the bankruptcy, former CEO and Romie made a trip to Cleveland, NY, and elsewhere, and have secured new biz utilizing a similar name in Greentree area. Went to former ks and secured the work and circumvented paying value for the k, including lucrative middle east contracts. Derrick had the information b/c was the former CEO. Derrick says he is an independent consultant.
His understanding that made a copy of the server from HWI that is being used for the new biz. Never had access to the books, reviewed FCC filings, etc. For 2011-2012 Derrick and his wife had co. cars never reported to FCC. Heather was not employed for most of 2011 but had a co. car at appx. 1200/month. Derrick received appx. $100,000 in 2011 as a loan repayment. If look at expenses, the co. credit card and funds were used for non-biz expenses prior to 2010. The accountants could show that significant assets were used for Derrick and Heather's personal expenses. A k signed in 12/11 between Derrick and Heather his wife. They weren't opened then. It provided for $70,000 salary and co. car and never voted on by the Board. Derrick changed his salary arbitarily and moved it to approximately $18,000/month. Before it was appx. $50,000/year. That was done when the company was insolvment and Derrick was in the process of buying a new house. Peter Habib and Associates are the accountants with proof of this information. 412-432-1124.
Spillman, Thomas, and Battle at Oxford Center did the paperwork for the mergers.
Jim Joseph 412-325-3304 formerly with Klett Rooney assisted Spillan and Ron Shuller with the corporate work 412-325-3308.
Also, a settlement k re the funding and settlement k that never was fulfilled
United Securites of Swizterland AG and Zenith Estates(helped take the co. public re the reverse merger and help to obtain funding through the new enterprise and $350,000 paid for the shell and $400,000 for the reverse merger).

8/20/12
763-519-2710, bob nielson, spoke re hwi global bank., sent out an introductory piece via email, 800-279-2567x127

8/9/12
504-383-8978, david VICKNAIR attorney is new Orleans, hwi global, chapter 7 bankruptcy, re proof of claim filed, called back and wants information re claim
763-519-2710, bob nielson hwi global bankruptcy, re if assets and receivables for sale 800-279-2567x127-looking to purchase AR

7/23/12
847-647-5161, peggy with granger re notice on hadad 12-23044, 5763

7/19/12 court adopted rcc's limited objection as written

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7/17/12 calls to adam snell and jim finery-power x received litigation b/c hwi didn't pay power x

7/16/12
412-380-5676, adam snell, news reporter pittsburgh tribune review, hwi global, 412-380-5676
Outside caller, jim finery, certified air 610-630-2211 calling re 12-23044cmb debtor hwi global and has a question regarding filing a proof of claim

7/13/12
412-918-1100, john o'keefe, no objection to rcc's proposed order on hwi global 1132

7/12/12
employ rcc and limited objections
724-325-3122, frank yourik, hwi global, inc. msr from clearview, response due by tomorrow-worth one half million dollars-rcc should object on a limited basis and sale is okay, but escrow money due until determined whether clearview has a secured interest- funds will be turned over to the trustee

6/29/12
John O'keefe represents Clearview Federal Credit Union 412-918-1133 msr;there is an issue re ownership interests/security interests here

6/26/12
225-924-8065, dale Phillips, talked Friday re hwi 212dk23044, custom cabinets, 225-413-1276

6/22/12
412-418-5018, frank yourik calling re ?? custom built stuff, third circuit rcc probably not in ;225-413-1276 dale Phillips re question re equipment, etc. cabinets, 225-413-1276; custom stainless steel equipment $20,000-$30,000 range.

Frank E. Yourick, Jr., Esquire
P.O. Box 189
Murrysville, PA 15668
412-243-5698
Fax : 724-325-3124
Email: YourickEfile@aol.com

John R. O'Keefe, Jr., Esquire
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St.
Suite 800
Pittsburgh, PA 15222

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

David G. Oberdick, Esquire
Meyer, Unkovic & Scott LLP,
535 Smithfield St.,
Suite 1300,
Pittsburgh, PA 15222
Direct Dial: 412.456.2881 | Fax: 412.456.2864 | dgo@muslaw.com

Owen W. Katz, Esquire
P.O. Box 7826
Pittsburgh, PA 15215
Tel: 412-696-0700
Fax: 412-325-1532
Email: okatz@katzlawoffice.com

David Oberdick is the intellectural property attorney

John P. Vetica, Jr. , Esquire
600 Commerce Drive, Suite 601
Moon Township, PA 15108-3106
412-299-3820

MADDAD-WYLIE INDUSTRIES, LLC, 3840 SOUTH WATER STREET, Pittsburgh, PA, 15203

HADDAD-WYLIE INDUSTRIES, L LC
3 8 4 0 S O U T H W A T E R STREET
PITTSBURGH, P A 1 5 2 03

John R, O'Keefe, Jr. Esquire
Metz Lewis Brodman Must O'Keefe L L C .
11 Stanwix Street, 18th Floor,
Pittsburgh, Pennsylvania 15222

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Period Ending:** 11/29/17

**Trustee:** (580750) Rosemary Crawford
**Filed (f) or Converted (c):** 06/12/12 (f)
**§341(a) Meeting Date:** 08/13/12
**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

(412)918-1100
Pa. LP. No. 36633
Counsel for Clearview Federal Credit Union

Frank E. Yourick, Jr.
P.O. Box 189
Murrysville, PA 15668
412-243-5698
Fax : 724-325-3124
Email: YourickEfile@aol.com

Debtor
HWI Global, Inc.
306 Bryces Lane
Elizabeth, PA 15037
ALLEGHENY-PA
Tax ID / EIN: 74-3177586
dba Haddad-Wylie Industries, LLC

FreeConferenceCallHD Call Detail Report

| Call Date | Calling Number | Caller Name | Start Time | End Time | Total Minutes |
|---|---|---|---|---|---|
| October 1, 2014 | +1 724 443 4757 | | 2:00:35 PM | 2:12:29 PM | 12 |
| October 1, 2014 | (412) 696-0700 | 'OWEN KATZ' | 2:01:08 PM | 2:12:29 PM | 12 |
| October 1, 2014 | +1 310 734 2626 | '13107342626' | 2:03:46 PM | 2:04:33 PM | 1 |
| October 1, 2014 | +1 310 734 2626 | '13107342626' | 2:04:43 PM | 2:12:28 PM | 8 |

Total Minutes: 33

**Initial Projected Date Of Final Report (TFR):** December 31, 2014 **Current Projected Date Of Final Report (TFR):** August 31, 2017 (Actual)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.

**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******92-66 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/12 | {16} | BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY | INSURANCE AUDIT REFUND TURNED OVER FROM AFD AT 341 | 1290-000 | 13,710.33 | | 13,710.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 13,685.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.17 | 13,659.16 |
| 10/25/12 | 101 | POSTMASTER | POSTAGE FOR CORRESPONDENCE AND SERVICE FOR THE CASE | 2990-000 | | 90.00 | 13,569.16 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.77 | 13,538.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.74 | 13,510.65 |
| 12/12/12 | {15} | IPFS CORPORATION | REFUND FROM IPFS CORPORATION | 1290-000 | 440.34 | | 13,950.99 |
| 12/12/12 | {28} | ACMH | ACCOUNTS RECEIVABLE | 1221-000 | 750.00 | | 14,700.99 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.06 | 14,672.93 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001058075088 20130110 | 9999-000 | | 14,672.93 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **14,900.67** | **14,900.67** | **$0.00** |
| Less: Bank Transfers | 0.00 | 14,672.93 | |
| **Subtotal** | **14,900.67** | **227.74** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,900.67** | **$227.74** | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,672.93 | | 14,672.93 |
| 01/30/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT FOR CASE #12-23044, Bond #: 016026363 | 2300-000 | | 14.93 | 14,658.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.50 | 14,635.50 |
| 02/01/13 | 10103 | UNIVERSAL INFORMATION SYSTEMS, INC. | INVOICE RE PICK UP AND STORAGE OF COMPUTER EQUIPMENT | 2990-000 | | 428.00 | 14,207.50 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 14,188.33 |
| 03/08/13 | {8} | ACMH | ACCOUNTS RECEIVABLE | 1121-000 | 750.00 | | 14,938.33 |
| 03/20/13 | {8} | ROY ANDERSON CORP | ACCOUNTS RECEIVABLE | 1121-000 | 8,197.01 | | 23,135.34 |
| 03/27/13 | {20} | LIGHTHOUSE WORLDWIDE SOLUTIONS | 542 TURNOVER (SOFA) | 1141-000 | 17,025.01 | | 40,160.35 |
| 03/28/13 | 10104 | UNIVERSAL INFORMATION SYSTEMS, INC. | Check not printed<br>Voided on 03/28/13 | 2990-000 | | 100.00 | 40,060.35 |
| 03/28/13 | 10104 | UNIVERSAL INFORMATION SYSTEMS, INC. | Check not printed<br>Voided: check issued on 03/28/13 | 2990-000 | | -100.00 | 40,160.35 |
| 03/28/13 | 10105 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE FEE FOR EQUIPMENT | 2990-000 | | 107.00 | 40,053.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.33 | 40,029.02 |
| 04/18/13 | {22} | CLEVELAND CLINIC | ACCOUNTS RECEIVABLE | 1121-000 | 6,919.00 | | 46,948.02 |
| 04/30/13 | 10106 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE FEE | 2990-000 | | 107.00 | 46,841.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.09 | 46,775.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.53 | 46,706.40 |
| 06/26/13 | | CLEANETICS, LLC | DEPOSIT RE: SALE OF PERSONAL PROPERTY COURT ORDER DOC. #87. | | 1,750.00 | | 48,456.40 |
| | {11} | | OFFICE FURNITURE 441.06 | 1129-000 | | | 48,456.40 |
| | {13} | | OFFICE PHONE SYSTEM 63.18 | 1129-000 | | | 48,456.40 |
| | {14} | | INVENTORY 1,245.76 | 1129-000 | | | 48,456.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.78 | 48,393.62 |
| 07/19/13 | 10107 | POSTMASTER | POSTAGE FOR MAILINGS AND SERVICE FOR THE CASE | 2990-000 | | 92.00 | 48,301.62 |
| 07/25/13 | 10108 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 48,194.62 |
| 07/25/13 | 10109 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 48,087.62 |
| 07/26/13 | 10110 | UNIVERSAL INFORMATION | MONTHLY STORAGE | 2990-000 | | 107.00 | 47,980.62 |

Subtotals : $49,313.95 $1,333.33

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | SYSTEMS, INC. | | | | | |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.51 | 47,904.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.90 | 47,835.21 |
| 09/10/13 | | CLEANETICS, LLC | PROCEEDS RE SALE OF PERSONAL PROPERTY PER COURT ORDER DOCKET NO. 87 | | 15,750.00 | | 63,585.21 |
| | {11} | | OFFICE FURNITURE 3,969.59 | 1129-000 | | | 63,585.21 |
| | {13} | | OFFICE PHONE SYSTEM 568.61 | 1129-000 | | | 63,585.21 |
| | {14} | | INVENTORY 11,211.80 | 1129-000 | | | 63,585.21 |
| 09/11/13 | 10111 | TRIB TOTAL MEDIA | ADVERTISEMENT FOR BANKRUPTCY SALE | 2500-000 | | 37.53 | 63,547.68 |
| 09/11/13 | 10112 | PITTSBURGH LEGAL JOURNAL | ADVERTISEMENT FOR BANKRUPTCY SALE OF ASSETS | 2500-000 | | 52.35 | 63,495.33 |
| 09/11/13 | 10113 | bit-x-bit, LLC | PAYMENT RE COMPUTER FORENSICS PER COURT ORDER NO. 78 | 2990-000 | | 1,371.90 | 62,123.43 |
| 09/12/13 | 10114 | Fred Fall | BROKER COMMISSION PER COURT ORDER NO. 87 | 3610-000 | | 1,750.00 | 60,373.43 |
| 09/18/13 | {17} | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC. | SETTLEMENT PER COURT ORDER (ADV. 13-02274 DOCKET #13) | 1141-000 | 62,000.00 | | 122,373.43 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.12 | 122,269.31 |
| 10/28/13 | 10115 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 122,162.31 |
| 10/28/13 | 10116 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 122,055.31 |
| 10/28/13 | 10117 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 121,948.31 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.46 | 121,754.85 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.46 | 121,591.39 |
| 12/23/13 | 10118 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 107.00 | 121,484.39 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.36 | 121,292.03 |
| 01/30/14 | 10119 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT FOR CASE #12-23044, Bond #:016026363 | 2300-000 | | 117.65 | 121,174.38 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.27 | 120,994.11 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.45 | 120,831.66 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.00 | 120,663.66 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.14 | 120,478.52 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.28 | 120,305.24 |
| | | | | Subtotals : | $77,750.00 | $5,425.38 | |

{} Asset reference(s)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/14 | {8} | P.J. DICK INCORPORATED-BARTON MALOW | ACCOUNTS RECEIVABLE SETTLEMENT PER COURT ORDER DOC. #96 | 1121-000 | 3,481.30 | | 123,786.54 |
| 06/10/14 | 10120 | UNIVERSAL INFORMATION SYSTEMS, INC. | MONTHLY STORAGE | 2990-000 | | 642.00 | 123,144.54 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.14 | 122,973.40 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.58 | 122,778.82 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.71 | 122,608.11 |
| 09/17/14 | {19} | POLYONE | PREFERNCE SETTLEMENT PER COURT ORDER ADV. #14-02127 DOC. #19 | 1241-000 | 3,700.00 | | 126,308.11 |
| 09/17/14 | 10121 | bit-x-bit, LLC | COMPUTER STORAGE PER COURT ORDER DOC. #78 | 2990-000 | | 515.53 | 125,792.58 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.78 | 125,602.80 |
| 10/24/14 | 10122 | UNIVERSAL INFORMATION SYSTEMS, INC. | FINAL PAYMENT FOR COMPUTER STORAGE | 2990-000 | | 535.00 | 125,067.80 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.68 | 124,881.12 |
| 11/14/14 | {18} | HUNTER ROBERTS CONSTRUCTION GROUP | PARTIAL PMT. OF SETTLEMENT PER COURT ORDER ADV.14-02125-DOC. #15 | 1249-000 | 23,400.00 | | 148,281.12 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.87 | 148,108.25 |
| 12/26/14 | {18} | CLEANETICS, LLC | PARTIAL PMT. OF SETTLEMENT PER COURT ORDER ADV. 14-02125 DOC. #15 | 1249-000 | 10,000.00 | | 158,108.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.40 | 157,865.85 |
| 01/13/15 | 10123 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT FOR CASE #12-23044, BOND #016026363 | 2300-000 | | 158.18 | 157,707.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.01 | 157,480.66 |
| 02/10/15 | {18} | CLEANETICS,LLC | PARTIAL PMT. OF SETTLEMENT PER COURT ORDER ADV. 14-02125 DOC. #15 | 1249-000 | 10,000.00 | | 167,480.66 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.60 | 167,262.06 |
| 03/06/15 | {18} | CLEANETICS, LLC | FINAL PAYMENT OF SETTLEMENT PER COURT ORDER ADV. 14-02125 DOC. #15 | 1249-000 | 21,600.00 | | 188,862.06 |
| 03/31/15 | | INTERNATIONAL SURETIES, LTD. | BOND REFUND | 2300-000 | | -69.92 | 188,931.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.40 | 188,652.58 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.34 | 188,381.24 |
| 05/15/15 | 10124 | OWEN W. KATZ | SPECIAL COUNSEL FEES PER COURT ORDER NO. 109 | 3210-000 | | 49,192.43 | 139,188.81 |
| 05/15/15 | 10125 | OWEN W. KATZ | SPECIAL COUNSEL EXPENSES PER COURT ORDER NO. 109 | 3220-000 | | 1,691.77 | 137,497.04 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.52 | 137,259.52 |
| | | | | Subtotals : | $72,181.30 | $55,227.02 | |

{} Asset reference(s)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.58 | 137,048.94 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.69 | 136,845.25 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.26 | 136,654.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.67 | 136,445.32 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.25 | 136,249.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.43 | 136,059.64 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.29 | 135,844.35 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.37 | 135,655.98 |
| 02/03/16 | 10126 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT FOR CASE #12-23044, Bond #016026363 | 2300-000 | | 87.21 | 135,568.77 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.03 | 135,380.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.63 | 135,167.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.42 | 134,979.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.16 | 134,792.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.70 | 134,579.83 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.60 | 134,393.23 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.05 | 134,181.18 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.47 | 133,988.71 |
| 10/12/16 | 10127 | DAVID G. OBERDICK, ESQ. | SPECIAL COUNSEL IP FEES PER ORDER DOC. NO 134 | 3210-000 | | 4,761.20 | 129,227.51 |
| 10/12/16 | 10128 | DAVID G. OBERDICK, ESQ. | SPECIAL COUNSEL EXPENSES IP PER ORDER DOC. NO. 134 | 3220-000 | | 5,002.30 | 124,225.21 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.78 | 124,046.43 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.81 | 123,856.62 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.66 | 123,678.96 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.72 | 123,489.24 |
| 02/16/17 | 10129 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT FOR CASE #12-23044, Bond #016026363 | 2300-000 | | 57.35 | 123,431.89 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.76 | 123,266.13 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.21 | 123,082.92 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.23 | 122,917.69 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.47 | 122,723.22 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.51 | 122,546.71 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.38 | 122,376.33 |

Subtotals : $0.00 $14,883.19

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-23044-CMB
**Case Name:** HWI GLOBAL, INC.
**Taxpayer ID #:** **-***7586
**Period Ending:** 11/29/17

**Trustee:** Rosemary Crawford (580750)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $13,793,048.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **199,245.25** | **76,868.92** | **$122,376.33** |
| Less: Bank Transfers | 14,672.93 | 0.00 | |
| **Subtotal** | **184,572.32** | **76,868.92** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$184,572.32** | **$76,868.92** | |

| | |
|---|---|
| Net Receipts : | 199,472.99 |
| Net Estate : | $199,472.99 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******92-66** | **14,900.67** | **227.74** | **0.00** |
| **Checking # ******4166** | **184,572.32** | **76,868.92** | **122,376.33** |
| | **$199,472.99** | **$77,096.66** | **$122,376.33** |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Rosemary Crawford<br>P.O. Box 355<br>Allison Park, PA 15101<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>06/12/12 | | $13,223.65<br>$13,223.65 | $0.00 | $13,223.65 |
| | Rosemary Crawford<br>P.O. Box 355<br>Allison Park, PA 15101<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>06/12/12 | | $128.55<br>$128.55 | $0.00 | $128.55 |
| | Rosemary C. Crawford<br>Crawford McDonald, LLC<br>P.O. Box 355<br>Allison Park, PA 15101<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>06/12/12 | | $9,125.45<br>$9,125.45 | $0.00 | $9,125.45 |
| | Rosemary C. Crawford<br>Crawford McDonald, LLC<br>P.O. Box 355<br>Allison Park, PA 15101<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>06/12/12 | | $1,800.00<br>$1,800.00 | $0.00 | $1,800.00 |
| | Eric E. Bononi, Esq., C.P.A.<br>20 North Pennsylvania Avenue<br>Suite 201<br>Greensburg, PA 15601<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>06/12/12 | | $3,675.00<br>$3,675.00 | $0.00 | $3,675.00 |
| | Clerk, U.S. Bankruptcy Court<br>Susan Brown, Financial Adminis<br>5414 US Steel Tr. 600 Grant St<br>Pittsburgh, PA 15219<br><2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>06/12/12 | | $993.00<br>$993.00 | $0.00 | $993.00 |
| | Dept. of Treasury, Internal Revenue Srvc<br>P.O. Box 804522<br>Cincinnati, OH 45280-4522 | Priority<br>10/05/12 | [Employee FICA Distribution:<br>Claim 4 $141.36 Ross Cafaro<br>Claim 10 $143.10 Jesse Greiner<br>Claim 15 $153.76 J.R. Welsh<br>Claim 17 $365.03 Eric Mungai<br>Claim 22 $39.68 Judith A. Lentz<br>] | $0.00<br>$842.93 | $0.00 | $842.93 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <5300-00 Wages>, 510 | | | | | |
| | Commonwealth of PA Dept of Revenue<br>c/o Robert Edmundson, Esquire<br>Manor Complex - 4th Floor 564 Forbes Ave<br>Pittsburgh, PA 15219 | Priority<br>10/05/12 | [Employee PA UC Distribution:<br>Claim 4 $1.60 Ross Cafaro<br>Claim 10 $1.62 Jesse Greiner<br>Claim 15 $1.74 J.R. Welsh<br>Claim 17 $4.12 Eric Mungai<br>Claim 22 $0.45 Judith A. Lentz<br>] | $0.00<br>$9.53 | $0.00 | $9.53 |
| | <5300-00 Wages>, 510 | | | | | |
| | Dept. of Treasury, Internal Revenue Srvc<br>P.O. Box 804522<br>Cincinnati, OH 45280-4522 | Priority<br>10/05/12 | [Employee Medicare Distribution:<br>Claim 4 $33.06 Ross Cafaro<br>Claim 10 $33.47 Jesse Greiner<br>Claim 15 $35.96 J.R. Welsh<br>Claim 17 $85.37 Eric Mungai<br>Claim 22 $9.28 Judith A. Lentz<br>] | $0.00<br>$197.14 | $0.00 | $197.14 |
| | <5300-00 Wages>, 510 | | | | | |
| | Dept. of Treasury, Internal Revenue Srvc<br>P.O. Box 804522<br>Cincinnati, OH 45280-4522 | Priority<br>10/05/12 | [Employee Income Tax Distribution:<br>Claim 4 $456.00 Ross Cafaro<br>Claim 10 $461.60 Jesse Greiner<br>Claim 15 $496.00 J.R. Welsh<br>Claim 17 $1177.50 Eric Mungai<br>Claim 22 $128.00 Judith A. Lentz<br>] | $0.00<br>$2,719.10 | $0.00 | $2,719.10 |
| | <5300-00 Wages>, 510 | | | | | |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PA Dept. of Revenue<br>P.O. Box 280414<br>Harrisburg, PA 17128-0414<br><5300-00 Wages>, 510 | Priority<br>10/05/12 | [Employee PA Income Tax Distribution:<br>Claim 4 $70.00 Ross Cafaro<br>Claim 10 $70.86 Jesse Greiner<br>Claim 15 $76.14 J.R. Welsh<br>Claim 17 $180.75 Eric Mungai<br>Claim 22 $19.65 Judith A. Lentz<br>] | $0.00<br>$417.40 | $0.00 | $417.40 |
| | Commonwealth of PA Dept of Revenue<br>c/o Robert Edmundson, Esquire<br>Manor Complex - 4th Floor 564 Forbes Ave<br>Pittsburgh, PA 15219<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/05/12 | [Employer PA SUTA Distribution:<br>Claim 4 $83.87 Ross Cafaro<br>Claim 10 $84.90 Jesse Greiner<br>Claim 15 $91.23 J.R. Welsh<br>Claim 17 $216.57 Eric Mungai<br>Claim 22 $23.54 Judith A. Lentz<br>] | $0.00<br>$500.11 | $0.00 | $500.11 |
| | Dept of Treasury, Internal Revenue Srvc<br>P.O. Box 804521<br>Cincinnati, OH 45280-4521<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/05/12 | [Employer FUTA Distribution:<br>Claim 4 $13.68 Ross Cafaro<br>Claim 10 $13.85 Jesse Greiner<br>Claim 15 $14.88 J.R. Welsh<br>Claim 17 $35.33 Eric Mungai<br>Claim 22 $3.84 Judith A. Lentz<br>] | $0.00<br>$81.58 | $0.00 | $81.58 |
| | Dept. of Treasury, Internal Revenue Srvc<br>P.O. Box 804522<br>Cincinnati, OH 45280-4522 | Priority<br>10/05/12 | [Employer Medicare Distribution:<br>Claim 4 $33.06 Ross Cafaro<br>Claim 10 $33.47 Jesse Greiner | $0.00<br>$197.14 | $0.00 | $197.14 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Claim 15 $35.96 J.R. Welsh<br>Claim 17 $85.37 Eric Mungai<br>Claim 22 $9.28 Judith A. Lentz<br>] | | | |
| | <5800-00 Claims of Governmental Units>, 570 | | | | | |
| | Dept. of Treasury, Internal Revenue Srvc<br><br>P.O. Box 804522<br>Cincinnati, OH 45280-4522<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/05/12 | [Employer FICA Distribution:<br>Claim 4 $141.36 Ross Cafaro<br>Claim 10 $143.10 Jesse Greiner<br>Claim 15 $153.76 J.R. Welsh<br>Claim 17 $365.03 Eric Mungai<br>Claim 22 $39.68 Judith A. Lentz<br>] | $0.00<br>$842.93 | $0.00 | $842.93 |
| | Dept. of Treasury, Internal Revenue Srvc<br><br>P.O. Box 804522<br>Cincinnati, OH 45280-4522<br><2810-00 Income Taxes - Internal Revenue Service (post-petition)>, 200 | Admin Ch. 7<br>06/12/12 | | $11,412.00<br>$11,412.00 | $0.00 | $11,412.00 |
| | PA Dept. of Revenue<br><br>P.O. Box 280414<br>Harrisburg, PA 17128-0414<br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>06/12/12 | | $13,367.00<br>$13,367.00 | $0.00 | $13,367.00 |
| 1 | Mesa<br>294 W. Steuben St.<br><br>Pittsburgh, PA 15205<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/10/12 | XXXXR156<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $606.50<br>$606.50 | $0.00 | $606.50 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Intermetro Industries Corporation<br>651 N Washington St<br>Wilkes-Barre, PA 18705<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/12/12 | XXXX2614<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $8,265.40<br>$8,265.40 | $0.00 | $8,265.40 |
| 3 | Plascore<br>P.O. Box 170<br>Zeeland, MI 49464-0170<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/13/12 | XXXX7737<br>CONSISTENT WITH SCH. "F'.<br>DOCUMENTATION PROVIDED. | $7,281.52<br>$7,281.52 | $0.00 | $7,281.52 |
| 4 | Ross Cafaro<br>589 Kenilworth Ave.<br>Pittsburgh, PA 15228<br><5300-00 Wages>, 510 | Priority<br>07/13/12 | [Gross Wage $2280.00 Less Taxes = Net $1577.98 FICA $141.36 Income Tax $456.00 Medicare $33.06 PA Income Tax $70.00 PA UC $1.60]<br>XXXX0213<br>CONSISTENT WITH SCH. "E". | $2,280.00<br>$1,577.98 | $0.00 | $1,577.98 |
| 5 | Top Notch Glass and Mirror<br>4200 Atlantic Ave.<br>Suite 145<br>Raleigh, NC 27604<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/13/12 | XXXX2888<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $2,000.00<br>$2,000.00 | $0.00 | $2,000.00 |
| 6 | LEAF<br>P.O. Box 644006<br>Cincinnati, OH 45264<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/16/12 | XXXX0579<br>CONSISTENT WITH SCH. "G". | $1,748.87<br>$1,748.87 | $0.00 | $1,748.87 |
| 7 | CMIT Solutions<br>12300 Perry Hwy<br>Suite 110<br>Wexford, PA 15090<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/19/12 | XXXX7019<br>CONSISTENT WITH SCH. "F". | $3,897.03<br>$3,897.03 | $0.00 | $3,897.03 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Brent Cabrera<br>1759 L and A Road<br>Metairie, LA 70001<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/25/12 | XXXX1411<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $2,659.90<br>$2,659.90 | $0.00 | $2,659.90 |
| 9 | RPA Associates Inc<br>3 Park Plaza<br>Wyomissing, PA 19610<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/27/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $84,203.32<br>$84,203.32 | $0.00 | $84,203.32 |
| 10 | Jesse Greiner<br>486 Old Farm Road<br>Pittsburgh, PA 15228<br><5300-00 Wages>, 510 | Priority<br>07/27/12 | [Gross Wage $2308.00 Less Taxes = Net $1597.35 FICA $143.10 Income Tax $461.60 Medicare $33.47 PA Income Tax $70.86 PA UC $1.62]<br>CONSISTENT WITH SCH. "E". | $2,308.00<br>$1,597.35 | $0.00 | $1,597.35 |
| 11 | Integrated Industrial Technologies Inc<br>Attn: Jody Hydock<br>221 7th Street, Suite LL<br>Pittsburgh, PA 15238<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/27/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $5,250.00<br>$5,250.00 | $0.00 | $5,250.00 |
| 12 | McMaster-Carr Supply Co.<br>200 Aurora Industrial Pkwy<br>Aurora, OH 44470<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/31/12 | XXXX9700<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $18,655.82<br>$18,655.82 | $0.00 | $18,655.82 |
| 13 | Spectra Contract Flooring<br>P.O. Box 2128<br>Mail Drop 026-01<br>Dalton, GA 30722<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/13/12 | XXXX7258<br>CONSISTENT WITH "F".<br>DOCUMENTATION R\PROVIDED. | $3,500.33<br>$3,500.33 | $0.00 | $3,500.33 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | W.W. Grainger Inc<br>7300 N Melvina<br>Niles, IL 60714<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/13/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $3,955.43<br>$3,955.43 | $0.00 | $3,955.43 |
| 15 | J.R. Welsh<br>1031 Toman Ave.<br>Clairton, PA 15025<br><5300-00 Wages>, 510 | Priority<br>08/21/12 | [Gross Wage $2480.00 Less Taxes = Net $1716.40 FICA $153.76 Income Tax $496.00 Medicare $35.96 PA Income Tax $76.14 PA UC $1.74]<br>XXXX3028<br>CONSISTENT WITH SCH. "E". | $2,480.00<br>$1,716.40 | $0.00 | $1,716.40 |
| 16 | Industrial Quick Search, Inc.<br>c/o Amato and Lessa, P.C.<br>107 North Commerce Way<br>Bethlehem, PA 18017<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/22/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $4,542.64<br>$4,542.64 | $0.00 | $4,542.64 |
| 17 | Eric Mungai<br>3048 Canbet Drive<br>Pittsburgh, PA 15234<br><5300-00 Wages>, 510 | Priority<br>08/23/12 | [Gross Wage $5887.50 Less Taxes = Net $4074.73 FICA $365.03 Income Tax $1177.50 Medicare $85.37 PA Income Tax $180.75 PA UC $4.12]<br>CONSISTENT WITH SCH. "E". | $5,887.50<br>$4,074.73 | $0.00 | $4,074.73 |
| 18 | Peter M. Habib & Associates<br>5 Hot Metal Street<br>Suite 202<br>Pittsburgh, PA 15203<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/23/12 | XXXX WIGI<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $52,947.40<br>$52,947.40 | $0.00 | $52,947.40 |
| 19 | Thorp Reed & Armstrong, LLP<br>Attn: Patrick W. Carothers<br>1 Oxford Center, 301 Grant St.,14th Fl<br>Pittsburgh, PA 15219<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/19/12 | XXXX1596<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $14,837.43<br>$14,837.43 | $0.00 | $14,837.43 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | StonCor Group Inc<br>c/o Capehart & Scatchard PA<br>8000 Midlantic Dr Ste 300S<br>Mt Laurel, NJ 08054<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/10/12 | NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $20,390.45<br>$20,390.45 | $0.00 | $20,390.45 |
| 21 -2 | Scott Mouledous Construction, Inc.<br>c/o Favret LLC<br>228 St. Charles Ave,Suite 1310<br>New Orleans, LA 70130<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/28/12 | XXXX2391<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $3,775.50<br>$3,775.50 | $0.00 | $3,775.50 |
| 22 | Judith A. Lentz<br>145 Ridge Road<br>Georgetown, PA 15043<br><5300-00 Wages>, 510 | Priority<br>10/05/12 | [Gross Wage $640.00 Less Taxes = Net $442.94 FICA $39.68 Income Tax $128.00 Medicare $9.28 PA Income Tax $19.65 PA UC $0.45]<br>XXXX7586<br>NOT SCHEDULED. | $640.00<br>$442.94 | $0.00 | $442.94 |
| 23 | Starrco<br>11700 Fairgrove Industrial Blvd.<br>Maryland Heights, MO 63043<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/09/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $118,583.39<br>$118,583.39 | $0.00 | $118,583.39 |
| 24 | Clean Air Products<br>8605 Wyoming Ave.<br>Brooklyn Park, MN 55445<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/10/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $17,825.23<br>$17,825.23 | $0.00 | $17,825.23 |
| 25 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/29/12 | XXXX4174<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $1,766.44<br>$1,766.44 | $0.00 | $1,766.44 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 | Fayette Plumbing Service, Inc.<br>c/o J. Brahan, Esq, Blumling & Gusky<br>436 7th Ave., Ste. 1200<br>Pittsburgh, PA 15219<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/07/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATIONN PROVIDED. | $137,523.00<br>$137,523.00 | $0.00 | $137,523.00 |
| 27 | Questmark, a Division of Centimark Corporation<br>12 Grandview Circle<br>Canonsburg, PA 15317<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/08/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $67,180.00<br>$67,180.00 | $0.00 | $67,180.00 |
| 28P | City of Pittsburgh<br>Dept of Finance/Bankruptcy<br>414 Grant Street<br>Pittsburgh, PA 15219<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/22/12 | XXXX8616<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $1,420.72<br>$1,420.72 | $0.00 | $1,420.72 |
| 28U | City of Pittsburgh<br>Dept of Finance/Bankruptcy<br>414 Grant Street<br>Pittsburgh, PA 15219<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/22/12 | XXXX8616<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $396.73<br>$396.73 | $0.00 | $396.73 |
| 29 | Clearview FCU Attn: Christine Saunders, Esq.<br>Metz, Lewis, Brodman, Must, Okeefe, LLC<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/12/12 | XXXX1093<br>CONSISTENT WITH SCH. "F"<br>DOCUMENTATION PROVIDED. | $463,937.78<br>$463,937.78 | $0.00 | $463,937.78 |
| 29 | Clearview FCU Attn: Christine Saunders, Esq.<br>Metz, Lewis, Brodman, Must, Okeefe, LLC<br>11 Stanwix Street, 18th Floor<br>Pittsburgh, PA 15222<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>11/12/12 | PURSUANT TO COURT ORDER NO. 69, 87 RELATIVE TO THE SETTLEMENT AGREEMENT IN DOCKET NO. 62, CLEARVIEW HAS A SECURED CLAIM AND IS TO RECEIVE 1/2 SALE PROCEEDS MINUS COSTS AND 1/2 OF SELECTED AR | $12,678.57<br>$12,678.57 | $0.00 | $12,678.57 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 30 | TriCore Solutions, LLC<br>Attn: Art Green<br>14 Longwater Drive, Suite 100<br>Norwell, MA 02061<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/13/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $107,975.10<br>$107,975.10 | $0.00 | $107,975.10 |
| 31 | Simplex Grinnell<br>Attn: Bankruptcy Department<br>50 Technology Drive<br>Westminster, MA 01441<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/01/12 | XXXX8661<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $2,014.95<br>$2,014.95 | $0.00 | $2,014.95 |
| 32 | RGG Architects<br>1002 Broad St.<br>Durham, NC 27705<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/01/12 | XXXX0922<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $3,200.00<br>$3,200.00 | $0.00 | $3,200.00 |
| 33 | PowerEx<br>173 Pavillion Lane<br>Youngwood, PA 15697<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/06/12 | XXXX3163<br>CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $758,610.66<br>$758,610.66 | $0.00 | $758,610.66 |
| 34 | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/09/12 | XXXX dqpa<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $985.43<br>$985.43 | $0.00 | $985.43 |
| 35 | Department of Labor and Industry - UCTS<br>Commonwealth of Pennsylvania<br>Attn: Joseph Kots,625 Cherry St Room 203<br>Reading, PA 19602-1184<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>12/03/12 | XXXX6384<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $8,252.16<br>$8,252.16 | $0.00 | $8,252.16 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 36 | Department of Labor and Industry - UCTS<br>Commonwealth of Pennsylvania<br>Attn: Joseph Kots,625 Cherry St Room 203<br>Reading, PA 19602-1184<br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>12/03/12 | NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $985.21<br>$985.21 | $0.00 | $985.21 |
| 37 | GenCounsel, Inc.<br>PO Box 342<br>Ardmore, PA 19003-0342<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/13/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $14,637.50<br>$14,637.50 | $0.00 | $14,637.50 |
| 38 | Certified Air Solutions<br>234 Egypt Road<br>Norristown, PA 19403<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/15/12 | CONSISTENT WITH SCH. "F".<br>DOCUMENTATION PROVIDED. | $10,800.00<br>$10,800.00 | $0.00 | $10,800.00 |
| 39P | City of Pittsburgh<br>Dept of Finance/Bankruptcy<br>414 Grant Street<br>Pittsburgh, PA 15219<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>12/10/12 | DUPLICATIVE OF CL. NO. 28<br>XXXX8616<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $1,453.50<br>$0.00 | $0.00 | $0.00 |
| 39U | City of Pittsburgh<br>Dept of Finance/Bankruptcy<br>414 Grant Street<br>Pittsburgh, PA 15219<br><7300-00 Fines, Penalties § 726(a)(4)>, 630 | Unsecured<br>12/10/12 | DUPLICATIVE OF CLAIM NO. 28.<br>XXXX8616<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $399.57<br>$0.00 | $0.00 | $0.00 |
| 40P-2 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>03/11/14 | XXXX7586<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $197,112.57<br>$197,112.57 | $0.00 | $197,112.57 |

# Claims Register

## Case: 12-23044-CMB HWI GLOBAL, INC.

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 40U-2 | Internal Revenue Service<br>P.O. Box 7317<br><br>Philadelphia, PA 19101-7317<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/11/14 | XXXX7586<br>NOT SCHEDULED.<br>DOCUMENTATION PROVIDED. | $26,292.15<br>$26,292.15 | $0.00 | $26,292.15 |

| | | |
|---|---|---|
| **Case Total:** | **$0.00** | **$2,259,637.04** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-23044-CMB
Case Name: HWI GLOBAL, INC.
Trustee Name: Rosemary Crawford

**Balance on hand:** **$** 122,376.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 29 | Clearview FCU Attn: Christine Saunders, Esq. | 12,678.57 | 12,678.57 | 0.00 | 12,678.57 |

Total to be paid to secured creditors: **$** 12,678.57
Remaining balance: **$** 109,697.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 13,223.65 | 0.00 | 13,223.65 |
| Trustee, Expenses - Rosemary Crawford | 128.55 | 0.00 | 128.55 |
| Attorney for Trustee, Fees - Rosemary C. Crawford | 9,125.45 | 0.00 | 9,125.45 |
| Attorney for Trustee, Expenses - Rosemary C. Crawford | 1,800.00 | 0.00 | 1,800.00 |
| Accountant for Trustee, Fees - Eric E. Bononi, Esq., C.P.A. | 3,675.00 | 0.00 | 3,675.00 |
| Charges, U.S. Bankruptcy Court | 993.00 | 0.00 | 993.00 |
| Other Expenses: Department of Labor and Industry - UCTS | 985.21 | 0.00 | 985.21 |
| Other Expenses: Dept. of Treasury, Internal Revenue Srvc | 11,412.00 | 0.00 | 11,412.00 |
| Other Expenses: PA Dept. of Revenue | 13,367.00 | 0.00 | 13,367.00 |

Total to be paid for chapter 7 administration expenses: **$** 54,709.86
Remaining balance: **$** 54,987.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00
Remaining balance: **$** 54,987.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $222,002.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Dept of Treasury, Internal Revenue Srvc | 81.58 | 0.00 | 16.20 |
| | Commonwealth of PA Dept of Revenue | 500.11 | 0.00 | 99.33 |
| | Dept. of Treasury, Internal Revenue Srvc | 197.14 | 0.00 | 39.15 |
| | Dept. of Treasury, Internal Revenue Srvc | 842.93 | 0.00 | 167.42 |
| 4 | Ross Cafaro | 2,280.00 | 0.00 | 2,280.00 |
| 10 | Jesse Greiner | 2,308.00 | 0.00 | 2,308.00 |
| 15 | J.R. Welsh | 2,480.00 | 0.00 | 2,480.00 |
| 17 | Eric Mungai | 5,887.50 | 0.00 | 5,887.50 |
| 22 | Judith A. Lentz | 640.00 | 0.00 | 640.00 |
| 28P | City of Pittsburgh | 1,420.72 | 0.00 | 282.17 |
| 35 | Department of Labor and Industry - UCTS | 8,252.16 | 0.00 | 1,638.99 |
| 40P-2 | Internal Revenue Service | 197,112.57 | 0.00 | 39,149.14 |

Total to be paid for priority claims: $ 54,987.90
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,970,245.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Mesa | 606.50 | 0.00 | 0.00 |
| 2 | Intermetro Industries Corporation | 8,265.40 | 0.00 | 0.00 |
| 3 | Plascore | 7,281.52 | 0.00 | 0.00 |
| 5 | Top Notch Glass and Mirror | 2,000.00 | 0.00 | 0.00 |
| 6 | LEAF | 1,748.87 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 7 | CMIT Solutions | 3,897.03 | 0.00 | 0.00 |
| 8 | Brent Cabrera | 2,659.90 | 0.00 | 0.00 |
| 9 | RPA Associates Inc | 84,203.32 | 0.00 | 0.00 |
| 11 | Integrated Industrial Technologies Inc | 5,250.00 | 0.00 | 0.00 |
| 12 | McMaster-Carr Supply Co. | 18,655.82 | 0.00 | 0.00 |
| 13 | Spectra Contract Flooring | 3,500.33 | 0.00 | 0.00 |
| 14 | W.W. Grainger Inc | 3,955.43 | 0.00 | 0.00 |
| 16 | Industrial Quick Search, Inc. | 4,542.64 | 0.00 | 0.00 |
| 18 | Peter M. Habib & Associates | 52,947.40 | 0.00 | 0.00 |
| 19 | Thorp Reed & Armstrong, LLP | 14,837.43 | 0.00 | 0.00 |
| 20 | StonCor Group Inc | 20,390.45 | 0.00 | 0.00 |
| 21 -2 | Scott Mouledous Construction, Inc. | 3,775.50 | 0.00 | 0.00 |
| 23 | Starrco | 118,583.39 | 0.00 | 0.00 |
| 24 | Clean Air Products | 17,825.23 | 0.00 | 0.00 |
| 25 | Waste Management | 1,766.44 | 0.00 | 0.00 |
| 26 | Fayette Plumbing Service, Inc. | 137,523.00 | 0.00 | 0.00 |
| 27 | Questmark, a Division of Centimark Corporation | 67,180.00 | 0.00 | 0.00 |
| 28U | City of Pittsburgh | 396.73 | 0.00 | 0.00 |
| 29 | Clearview FCU Attn: Christine Saunders, Esq. | 463,937.78 | 0.00 | 0.00 |
| 30 | TriCore Solutions, LLC | 107,975.10 | 0.00 | 0.00 |
| 31 | Simplex Grinnell | 2,014.95 | 0.00 | 0.00 |
| 32 | RGG Architects | 3,200.00 | 0.00 | 0.00 |
| 33 | PowerEx | 758,610.66 | 0.00 | 0.00 |
| 34 | Fastenal Company | 985.43 | 0.00 | 0.00 |
| 37 | GenCounsel, Inc. | 14,637.50 | 0.00 | 0.00 |
| 38 | Certified Air Solutions | 10,800.00 | 0.00 | 0.00 |
| 40U-2 | Internal Revenue Service | 26,292.15 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$** 0.00

Remaining balance: **$** 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00